IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE TEVASEU,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>Defendant. | 1:08cv01375 AWI DLB<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br><br>(Document 14) |

Pursuant to the parties' stipulation filed on April 28, 2009, Defendant shall have an extension of 30 days to respond to Plaintiff's confidential letter brief. Defendant's response to the confidential letter brief is due on or before May 4, 2009.

IT IS SO ORDERED.

Dated: **April 29, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1