IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE TEVASEU, | ) | 1:08cv01375 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| Plaintiff, | ) | |
| | ) | (Document 16) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On June 19, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before July 3, 2009. Defendant's opposition, if any, to Plaintiff's opening brief SHALL be filed on or before August 3, 2009.

IT IS SO ORDERED.

Dated:   **June 19, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1