1   LAWRENCE G. BROWN
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    SHEA LITA BOND, SBN D.C. 469103
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8934
        Facsimile:  (415) 744-0134
7       E-Mail: Shea.Bond@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                      **FRESNO DIVISION**

12   JOANNE TEVASEU,                )
                                    )        CIVIL NO. 1:08-CV-01375-DLB
13          Plaintiff,              )
                                    )
14                                  )        **STIPULATION AND ORDER FOR**
         v.                         )        **REMAND PURSUANT TO SENTENCE**
15                                  )        **FOUR OF 42 U.S.C. § 405(g), and**
     MICHAEL J. ASTRUE,             )
16   Commissioner of               )        **REQUEST FOR ENTRY OF JUDGMENT**
     Social Security,               )        **IN FAVOR OF PLAINTIFF AND**
17                                  )        **AGAINST DEFENDANT**
            Defendant.              )
18   _____)

19
            IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
20
     record, that this action be remanded to the Commissioner of Social Security for further administrative
21
     action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence
22
     four.
23
            Because the administrative record is missing the 2006 consultative physical examination report
24
     upon which the ALJ relied cannot be located, the record is incomplete.  On remand, the Appeals Counsel
25
     will instruct the Administrative Law Judge ("ALJ") to associate Plaintiff's present claim with the
26
     subsequent claims that Plaintiff filed on August 18, 2008, reconstruct the administrative record, hold
27
     another hearing and issue a new decision on the associated claims.
28

1
2
3

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

4
5

Respectfully submitted,

6
7

Dated: August 31, 2009

/s/ *Denise Bourgeois Haley*_____
(As authorized via email)
DENISE BOURGEOIS HALEY

8
9

Attorney for Plaintiff

10
11
12

Dated: August 31, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

13
14
15

/s/ *Shea Lita Bond*_____
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

16
17

## **ORDER**

18
19
20

Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

21
22

IT IS SO ORDERED.

23

**Dated:   September 3, 2009**_____

_____/s/ Anthony W. Ishii_____
CHIEF UNITED STATES DISTRICT JUDGE

24
25
26
27
28